Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of MARY J. McDERMOTT and Others, Respondents, for Compensation for the Death of JAMES E. McDERMOTT, under the Workmen's Compensation Law, v. LUPFER & REMICK, Employer, and ROYAL INDEMNITY COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.